| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JONATHAN T. KING, ESQ. (205073)<br>COHEN, MILSTEIN, HAUSFELD & TODD, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, California  94111 | (415) 229-2080 | |
| Attorneys for:  JOSHUA WAGNER | Ref. No. Or File No.<br>W2499184 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
JOSHUA WAGNER

Defendant:
HORIZON LINES, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 08-03246 MEJ |
|---|---|---|---|---|

I, Ron Marcus                                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : ALEXANDER & BALDWIN, INC.

By Serving           : MATSON NAVIGATION COMPANY, INC.

Address              : 555 12th Street, Suite 700 , Oakland, California  94607
Date & Time          : Monday, July 7, 2008 @ 1:05 p.m.
Witness fees were    : Not applicable.

Person serving:
Ron Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 7, 2008                                         Signature: Ron Marcus
                                                                     Ron Marcus


Printed on recycled paper