1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   One Montgomery Street, Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309
   Email: JSanders@gibsondunn.com
6         TNicoud@gibsondunn.com
          RBrass@gibsondunn.com
7         RJustice@gibsondunn.com

8  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC.
9  AND ALEXANDER & BALDWIN, INC.

10
                    UNITED STATES DISTRICT COURT
11
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
12

13

14 JOSHUA WAGNER, on behalf of himself and )   Case No. CV 08-3246 MEJ
   all others similarly situated,          )
15                                         )   **STIPULATION RE EXTENSION OF**
           Plaintiff,                      )   **RESPONSIVE PLEADING DEADLINE**
16                                         )
       v.                                  )
17                                         )
   HORIZON LINES, INC.; HORIZON LINES,     )
18 LLC; MATSON NAVIGATION COMPANY,         )
   INC.; and ALEXANDER & BALDWIN, INC.,    )
19                                         )
           Defendants.                     )
20                                         )
                                           )
21 _____)

22

23

24

25

26

27

28

WHEREAS the undersigned plaintiff has filed the above-captioned case;

WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic containerized ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

WHEREAS twelve complaints have been filed to date in multiple federal district courts by plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation (the "Panel") to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

WHEREAS, a hearing on the motion for transfer is currently scheduled for July 31, 2008 before the Panel, and the cases will likely be transferred by the end of August 2008;

WHEREAS plaintiff anticipates the possibility of a Consolidated Complaint in the Hawaiian Ocean Shipping Cases;

WHEREAS plaintiff and Horizon Lines, Inc., Horizon Lines, LLC, Matson Navigation Company, Inc., and Alexander & Baldwin, Inc. ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Hawaiian Ocean Shipping Cases would be more efficient for the parties and for the Court;

PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.  The deadline for Defendants to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Complaint in the Hawaiian Ocean Shipping Cases; or (2) forty-five days after plaintiff provides written notice to Defendants that plaintiff does not intend to file a Consolidated Complaint, provided however, that in the event that Defendants should agree to an earlier response date in any Hawaiian Ocean Shipping Case, Defendants will respond to the Complaint in the above-captioned case on that earlier date.

2.   This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: July 15, 2008

GIBSON, DUNN & CRUTCHER, LLP

Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:   (415) 393-8200
Facsimile:    (415) 986-5309

*Counsel for Defendants*
*Matson Navigation Company, Inc. and*
*Alexander & Baldwin, Inc.*

Dated: July _____, 2008

McGUIREWOODS LLP

Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 315-8219
Facsimile:    (310) 315-8210

Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
Telephone:   (312) 849.8100
Facsimile:    (312) 849.3690

*Counsel for Defendants*
*Horizon Lines, Inc. and Horizon Lines, LLC*

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE; Case No. CV 08-3246 MEJ

2.  This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: July ____, 2008                GIBSON, DUNN & CRUTCHER, LLP


_____
Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:   (415) 393-8200
Facsimile:    (415) 986-5309

*Counsel for Defendants
Matson Navigation Company, Inc. and
Alexander & Baldwin, Inc.*

Dated: July 15, 2008                McGUIREWOODS LLP

_____
Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 315-8219
Facsimile:    (310) 315-8210


Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
Telephone:   (312) 849.8100
Facsimile:    (312) 849.3690

*Counsel for Defendants
Horizon Lines, Inc. and Horizon Lines, LLC*

| | |
|---|---|
| Dated: July 15, 2008 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
| | /s/ Michael P. Lehmann |
| | Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA  94111<br>Telephone:    (415) 229-2080<br>Facsimile:    (415) 986-3643 |
| | Michael D. Hausfeld<br>Benjamin D. Brown<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C.  20005<br>Telephone:    (202) 408-4600<br>Facsimile:    (202) 408-4699 |
| | Seth R. Gassman<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY  10022<br>Telephone:    (212) 838-7797<br>Facsimile:    (212) 838-7745 |
| | *Counsel for Plaintiff Joshua Wagner* |