| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JONATHAN T. KING, ESQ. (205073)<br>COHEN, MILSTEIN, HAUSFELD & TODD, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, California  94111 | (415) 229-2080 | |
| | Ref. No. Or File No.<br>W2499185 | |
| Attorneys for:   JOSHUA WAGNER | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>JOSHUA WAGNER | | |
| Defendant:<br>HORIZON LINES, INC. | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 08-03246 MEJ |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : HORIZON LINES, LLC |
| By Serving | : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process |
| Address | : 818 West 7th Street , Los Angeles, California  90017 |
| Date & Time | : Monday, July 7, 2008 @ 2:40 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 8, 2008

Signature: _____
B. Anderson


Printed on recycled paper