| Attorney Or Party Without Attorney (Name and Address) | Telephone: (415) 229-2080 | FOR COURT USE ONLY |
|---|---|---|
| JONATHAN T. KING, ESQ. (205073)<br>COHEN, MILSTEIN, HAUSFELD & TODD, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, California 94111 | Ref. No. Or File No.<br>W2499187 | |
| Attorneys for: JOSHUA WAGNER | | |

Insert name of court, Judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
JOSHUA WAGNER

Defendant:
HORIZON LINES, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: C 08-03246 MEJ |
|---|---|---|---|---|

I, Daniel Newcomb, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : HORIZON LINES, INC.

By Serving          : SCOTT LASCALA, Managing Agent.

Address             : 1209 N. Orange Street, Wilmington, DE
Date & Time         : Tuesday July 8, 2008   @ 1:15 p.m.
Witness fees were   : Not applicable.

Person serving:
Daniel Newcomb
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2008

Signature: _____
Daniel Newcomb


Printed on recycled paper