# UNITED STATES JUDICIAL PANEL

on

## MULTIDISTRICT LITIGATION

SEP 15 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
DIRECT REPLY TO:

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

September 10, 2008

Bruce Rifkin, Clerk
U.S. Courthouse, Lobby Level
700 Stewart Street
Seattle, WA 98101

FILED

SEP 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 08 - 3246 VRW

Re: MDL No. 1972 -- IN RE: Hawaiian and Guamanian Cabotage Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Rifkin:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 25, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By ___Sonya Scott___
                    Deputy Clerk

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
        Mecca S. Thompson
        Docket Specialist

Attachment

cc:   Transferee Judge:      Judge Thomas S. Zilly
       Transferor Judges:     (See Attached List of Judges)
       Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36

IN RE: HAWAIIAN AND GUAMANIAN CABOTAGE
ANTITRUST LITIGATION

MDL No. 1972

## INVOLVED COUNSEL LIST (CTO-1)

Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street
Suite 3160
San Francisco, CA 94104

Arthur N. Bailey
COHEN MILSTEIN HAUSFELD & TOLL PLLC
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Rachel S. Brass
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street
Suite 3100
San Francisco, CA 94104-4505

Benjamin Doyle Brown
COHEN MILSTEIN HAUSFELD & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Christopher M. Burke
SCOTT & SCOTT LLP
600 B Street
Suite 1500
San Diego, CA 92101-3301

Carlyle Group
1001 Pennsylvania Avenue, NW
Suite 220
Washington, DC 20004

Craig C. Corbitt
ZELLE HOFMANN VOELBEL MASON &
GETTE LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104-4807

John S. Edmunds
EDMUNDS & VERGA
Davies Pacific Center
Suite 2104
841 Bishop Street
Honolulu, HI 96813-3945

John Charles Evans
SPECTER SPECTER EVANS & MANOGUE PC
Koppers Bulding
436 Seventh Avenue
26th Floor
Pittsburgh, PA 15219

Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104

Seth R. Gassman
COHEN MILSTEIN HAUSFELD & TOLL PLLC
150 East 52nd Street
30th Floor
New York, NY 10022

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street
14th Floor
San Francisco, CA 94108

Ruthanne Gordon
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103-6365

Jason Hartley
ROSS DIXON & BELL LLP
2001 K Street, N.W.
Washington, DC 20006-1040

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 5 2008

FILED
CLERK'S OFFICE

SEP 1 0 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

### IN RE: HAWAIIAN AND GUAMANIAN CABOTAGE
### ANTITRUST LITIGATION

MDL No. 1972

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On August 13, 2008, the Panel transferred six civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Thomas S. Zilly.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Washington and assigned to Judge Zilly.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Thomas S. Zilly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 1 0 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: HAWAIIAN AND GUAMANIAN CABOTAGE
ANTITRUST LITIGATION**

MDL No. 1972

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

### DIST. DIV. C.A. #        CASE CAPTION

CALIFORNIA CENTRAL
CAC  2     08-5018          Next Transportation, LLC v. Matson Navigation Co., Inc., et al. $8cv$ $1413$ $75$

CALIFORNIA NORTHERN

CAN  3     08-3010          Curtis Brunk v. Matson Navigation Co., Inc., et al. $8cv1414$ $Is2$
CAN  3     08-3169          Winkler Woods, LLC v. Matson Navigation Co., Inc., et al. $8cv1415$ $Tsz$
CAN  3     08-3246          Joshua Wagner v. Horizon Lines, Inc., et al. $6cv1416$ $Tsz$
CAN  3     08-3537          E&M International Transport, Inc. v. Horizon Lines, Inc., et al. $8cv1417$ $Ts:$
CAN  3     08-3597          TJ Gomes Trucking Co., Inc. v. Matson Navigation Co., Inc., et al. $8cv1418$ $T:$
CAN  3     08-3629          Laura Cutler v. Matson Navigation Co., Inc., et al. $8cv1419$ $Tsz$
CAN  4     08-3558          SJ Venture Group, LLC v. Matson Navigation Co., Inc., et al. $8cv1420$

HAWAII

HI    1     08-298           Rhythm of Life Cosmetics, Inc., etc. v. Matson Navigation Co., Inc., et al.

$8cv1421$ $T.$

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST. LOBBY LEVEL
SEATTLE, WASHINGTON 98101

September 25, 2008



Clerk, US District Court,
Northern District of California
Phillip Burton US Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco CA, 94102-3434

SEP 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN RE: MDL 1972 HAWAIIAN AND GUAMANIAN CABOTAGE ANTITRUST LITIGATION

Dear Clerk:

Enclosed is a certified copy of Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The order became effective on September 15,2008. We have assigned individual Western District of Washington (WAW) case numbers to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your files, please refer to the WAWD civil action number C08-1413TSZ, C08-1415TSZ, C08-1416TSZ, C08-1417TSZ, C08-1418TSZ, C08-1419TSZ and C8-1420TSZ e a CM/ECF court you may provided a copy of the case by submitting documents in PDF format on a disc along with a certified copy of the docket sheet. Please do not email a login and password to access the case.

| Case Title | Original Case Number | WAWDCase Number |
|---|---|---|
| Curtis Bruck, LLC. v.<br>Matson Navigation Co., Inc., et al. | CA 03:08-3010 | C08-1414TSZ |
| Winkler Woods, LLC v.<br>Matson Navigation Co., Inc., et al. | CA 03:08-3169 | C08-1415TSZ |
| Joshua Wagner v.<br>Horizon Lines, Inc., et al. | CA 03:08-3246 | C08-1416TSZ |
| E&M International<br>Transport, Inc. v.<br>Horizon Lines, Inc., et al. | CA 03:08-3537 | C08-1417TSZ |
| TJ Gomes Trucking<br>Co., Inc. v.<br>Matson Navigation Co., Inc., et al | CA 03:08-3597 | C08-1418TSZ |

Laura Cutler v.
Matson Navigation Co., Inc., et. al. CA 03:08-3629          C08-1419TSZ

SJ Venture Group, LLC v.
Matson Navigation Co. Inc.,et. al.   CA03:08-3558          C08-1420TSZ

Sincerely,

BRUCE RIFKIN, CLERK

By
Tonya Scott, Deputy Clerk
206-370-8456